ARDASHES STEPHANIAN, PETITION FOR WRIT OF HABEAS CORPUS.

PROVIDENCE—JANUARY 4, 1904.

PRESENT: Stiness, C. J., Tillinghast and Douglas, JJ.

(1) *Officers. Executions.*

An officer who is a party to the action is disqualified from serving the execution therein.

PETITION for writ of *habeas corpus*. Heard and granted.

PER CURIAM. This case is ruled by *Carroll* v. *Sheehan*, 12 R. I. 218. There it was held that a writ could not be served by an officer who was a party to it.

In the case before us the officer who served the execution,

which, while not an original precept, is of course a writ, is a party to the action, and hence clearly disqualified from serving any precept therein.

The commitment of the petitioner was therefore illegal, and a writ of *habeas corpus* is granted, as prayed.

*A. J. Cushing & Frank H. Wildes*, for petitioner.

*James A. Williams*, for respondent.